UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-161-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LUIS DANIEL SANCHEZ-CONTRERAS, | ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss. (Doc. No. 59). Upon motion by the United States for leave to dismiss, the court hereby GRANTS the Government leave to dismiss this case and dismisses the case as to Defendant Luis Daniel Sanchez-Contreras.

IT IS SO ORDERED.

Signed: December 19, 2016

Frank D. Whitney
Chief United States District Judge

1